# IN THE SUPREME COURT OF THE STATE OF NEVADA

DAVON GOSS,
                    Appellant,
          vs.
THE STATE OF NEVADA,
                    Respondent.

No. 75324

**FILED**

MAR 23 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
      DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order shortening time. Eighth Judicial District Court, Clark County; Carolyn Ellsworth, Judge.

Because no statute or court rule permits an appeal from an order shortening time, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Pickering

_____ J.
Gibbons

_____, J.
Hardesty

cc:   Hon. Carolyn Ellsworth, District Judge
      Nguyen & Lay
      Attorney General/Carson City
      Clark County District Attorney
      Eighth District Court Clerk
      Davon Goss

18-11427